IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| EDWARD H. SATERSTAD, | : | Civil No.: 4:13-CV-00847 |
| Petitioner, | : | |
| v. | : | (Judge Brann) |
| TREVOR WINGARD, | : | |
| Respondent | : | (Magistrate Judge Schwab) |

**ORDER**

March 7, 2016

In accordance with the memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The report and recommendation is adopted in full.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

4. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge